# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET MCCURDY,<br><br>        Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Defendant. | Case No. **1:11-cv-00740-AWI-SKO**<br><br>**ORDER TO CONTINUE RULE 16(b) SCHEDULING CONFERENCE & ASSOCIATED DEADLINES**<br><br>Complaint filed: April 13, 2011 |

For good cause shown by the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the Rule 16(b) Scheduling Conference previously ordered for November 1, 2011, at 9:45 a.m. be continued to February 16, 2012, at 9:30 a.m., and that the deadline for filing a joint scheduling report previously ordered for October 25, 2011, be continued to February 9, 2012.

IT IS SO ORDERED.

Dated:   **October 24, 2011**                    **/s/ Sheila K. Oberto**
                                                                                     UNITED STATES MAGISTRATE JUDGE