1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

BRET MCCURDY,                                    CASE NO. 1:11-cv-00740 AWI SKO

          Plaintiff,

    v.                                       **ORDER TO FILE JOINT
                                                 SCHEDULING REPORT OR SHOW
                                                 CAUSE**

NOVARTIS PHARMACEUTICALS
CORPORATION,

          Defendant.
_____/

      On May 5, 2011, the Court issued an Order Setting Mandatory Scheduling Conference

("Order").  The Order explicitly instructed the parties as to the preparation of a Joint Scheduling

Report to be filed in advance of the scheduling conference:

> A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be
> electronically filed in CM/ECF, one (1) full week prior to the Scheduling
> Conference, and shall be e-mailed, in WordPerfect or Word format.

      The scheduling conference is set for June 19, 2012.  The parties have failed to timely file

their Joint Scheduling Report.  Accordingly, it is ORDERED that, **no later than June 14, 2012**, the

parties shall file their Joint Scheduling Report or show cause why the Court should not impose

sanctions under Local Rule 110 for failing to comply with an order of this Court.


IT IS SO ORDERED.

**Dated:    June 13, 2012**                    _____/s/ Sheila K. Oberto_____
                                               UNITED STATES MAGISTRATE JUDGE