1  Katharine R. Latimer (admitted *pro hac vice*)
   (klatimer@hollingsworthllp.com)
2  Rebecca A. Womeldorf (admitted *pro hac vice*)
   HOLLINGSWORTH LLP
3  1350 I Street, NW
   Washington, D.C. 20005
4  Telephone: (202) 898-5800
   Facsimile: (202) 682-1639
5
   James A. Bruen (State Bar No. 43880)
6  (jbruen@fbm.com)
   Sandra A. Edwards (State Bar No. 154578)
7  (sedwards@fbm.com)
   FARELLA BRAUN & MARTEL LLP
8  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
9  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
10
   *Attorneys for Defendant*
11 *Novartis Pharmaceuticals Corporation*

FILED
MAY 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET MCCURDY,<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | Case No.:  1:11-cv-00740-AWI-SAB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>The Hon. Stanley A. Boone<br><br>Complaint filed:  April 13, 2011 |

Pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, plaintiff Bret McCurdy and defendant Novartis Pharmaceuticals Corporation in the above-captioned case, by and through their respective counsel of record, stipulate that this action is voluntarily dismissed with prejudice to all claims, with each party to bear his/its own costs.

Date: April 17, 2012

Respectfully submitted,

/s/Sandra A. Edwards
James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Rebecca A. Womeldorf
(rwomeldorf@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

/s/ John A. Girardi
John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorney for Plaintiff*
*Bret McCurdy*

It is so Ordered. Dated: 5-1-13

_____
United States District Judge

- 2 -